UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. 26mj370-BJW |
| Plaintiff, | ) | |
| v. | ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) | Title 8, USC 1326 Deported Alien Found In The United States |
| Jorge OCHOA-Llamas, | ) | Title 18 U.S.C § 111 (a) (1) and (b) |
| | ) | Assault on a Federal Officer (Felony) |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

Count One:

On or about January 23, 2026, within the Southern District of California, defendant Jorge OCHOA-Llamas, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

Count Two:

On or about January 23, 2026, within the Southern District of California, defendant, Jorge OCHOA-Llamas, did intentionally and forcibly assault, a person named in 18 U.S.C. Section 111, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent L. Meng to wit: Defendant assaulted Agent L. Meng by striking Agent L. Meng with a rock while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b) a felony. And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jason Larson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 26, 2026.

HON. BRIAN J. WHITE
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jorge OCHOA-Llamas

## AMENDED PROBABLE CAUSE STATEMENT

On January 23, 2026, Border Patrol Agent D. O'Keefe, was performing his patrol duties within the Chula Vista Border Patrol Station's area of responsibility. At approximately 6:00 AM, Border Patrol Agent D. Gardner, who was operating an infrared scope, notified agents in the field of two individuals in an area known to Border Patrol Agents as the "CCA parking lot."

Agent O'Keefe responded to the area and found two individuals hiding behind some bushes. This area is located approximately two miles west of the Otay Mesa, California Port of Entry and approximately one mile north of the United States/Mexico International Boundary. Agent O'Keefe approached the individuals, later identified as the defendant Jorge OCHOA-Llamas along with Jose Ignacio LOPEZ-Lopez (charged elsewhere), and identified himself as a Border Patrol Agent. Agent O'Keefe attempted to conduct an immigration inspection on both individuals, but OCHOA physically resisted and fled from the scene. Agent O'Keefe arrested LOPEZ after he admitted he is a citizen of Mexico illegally present in the United States.

Agent L. Meng arrived and was searching an area where OCHOA was last seen running towards and discovered a bulge underneath some black netting that was lying off the road in a small ditch. As Agent Meng was inspecting the netting, he observed OCHOA quickly jump up from underneath the netting and run away. Agent Meng gave chase and was able to catch up to and tackle OCHOA. As Agent Meng was attempting to control OCHOA on the ground, who was actively trying to escape, Agent Meng saw OCHOA pick up a nearby rock and hit Agent Meng twice on the head with the rock. After being hit on the head with the rock, Agent Meng was still able to control OCHOA and waited for other Agents to assist with controlling OCHOA.

After OCHOA was placed in handcuffs, Agent O'Keefe arrived and conducted an immigration inspection to which OCHOA admitted being a citizen of Mexico illegally present in the United States. At approximately 6:30 AM, Agent O'Keefe placed OCHOA under arrest.

After the incident, Agent Meng was transported to Sharp Chula Vista Medical Center where was evaluated and treated for his injuries, Agent Meng received staples on his head just above his hairline.

Defendant OCHOA was advised of his Miranda rights. OCHOA stated that he understood his rights and was willing to answer questions without an attorney present. OCHOA stated that he is a citizen of Mexico illegally present in the United States. OCHOA admitted that he had been

**CONTINUATION OF COMPLAINT:**
Jorge OCHOA-Llamas

previously deported from the United States and has not applied or requested permission to re-enter the United States legally.  OCHOA stated that he illegally entered the United States on January 23, 2026, with an intended destination of Los Angeles, California.

OCHOA stated that he began to flee and was subsequently apprehended by an agent. OCHOA described that the agent attempted to apprehend him by tackling him to the ground and wrapping his legs around OCHOA's waist and stomach. OCHOA stated that he felt the agent squeezing his stomach area with his legs, and, in an effort to loosen the agent's grip, OCHOA grabbed a nearby rock with his right hand and swung his arm over his shoulder while holding the rock. OCHOA demonstrated the movement during the interview and stated he may have struck the agent multiple times before discarding the rock. OCHOA stated that he was then placed in handcuffs by agents and escorted to a patrol vehicle. OCHOA observed that the agent was bleeding from his head and stated that he did not intend to cause harm but felt short of breath during the incident. OCHOA reported that he apologized to the agent multiple times.

Routine record checks of the defendant revealed an immigration history.  The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints.  Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on December 5, 2017 through San Luis, Arizona.  These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**CONTINUATION OF COMPLAINT:**
Jorge OCHOA-Llamas

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 23, 2026, Border Patrol Agent D. O'Keefe and L. Meng were performing their assigned patrol duties within the Chula Vista Border Patrol Station's area of responsibility. At approximately 6:00 AM, Border Patrol Agent D. Gardner, who was operating an infrared scope, notified agents in the field of two individuals in an area known to Border Patrol Agents as the "CCA parking lot."

Agent O'Keefe responded to the area and found two individuals hiding behind some bushes. This area is located approximately two miles west of the Otay Mesa, California Port of Entry and approximately one mile north of the United States/Mexico International Boundary.

Agent O'Keefe approached the individuals, identified as the defendant Jorge OCHOA-Llamas along with Jose Ignacio LOPEZ-Lopez (charged elsewhere), and identified himself as a Border Patrol Agent. Agent O'Keefe attempted to conduct an immigration inspection on both individuals, but OCHOA physically resisted and fled from the scene. Agent O'Keefe and other agents, including Agent Meng gave chase.

Agent Meng was searching an area where OCHOA was last seen running towards and discovered a bulge underneath some black netting that was lying off the road in a small ditch. As Agent Meng was inspecting the netting, he observed OCHOA quickly jump up from underneath the netting and run away. Agent Meng gave chase and was able to catch up to and tackle OCHOA. As Agent Meng was attempting to control OCHOA on the ground, who was actively trying to escape, Agent Meng saw OCHOA pick up a nearby rock and hit Agent Meng twice on the head with the rock. After being hit on the head with the rock, Agent Meng was still able to control OCHOA and waited for other Agents to assist with controlling OCHOA. After OCHOA was placed in handcuffs, Agent O'Keefe arrived and conducted an immigration inspection to which OCHOA admitted being a citizen of Mexico illegally present in the United States. At approximately 6:30 AM, Agent O'Keefe placed OCHOA and LOPEZ under arrest.

After the incident, Agent Meng was transported to Sharp Chula Vista Medical Center where was evaluated and treated for his injuries, Agent Meng received staples on his head just above his hairline.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that

**CONTINUATION OF COMPLAINT:**
Jorge OCHOA-Llamas

he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on January 23, 2026, with an intended destination of Los Angeles, California.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on December 5, 2017 through San Luis, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on January 24, 2026 @ 11:00 AM.**

Alonso Munoz
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 23, 2026, in violation of 8 USC 1326, 18 USC 111(a)(1).

HON. BRIAN J. WHITE
United States Magistrate Judge

3:42 PM, Jan 24, 2026
Date/Time